# MAXIM MAXIMOV, LLP

ATTORNEYS AT LAW

1600 AVE M • SECOND FLOOR
BROOKLYN • NEW YORK • 11230

EMAIL: M@MAXIMOVLAW.COM
TELEPHONE: (718) 395-3459
FACSIMILE: (718) 408-9570

February 7, 2013

**VIA ECF**
Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **RE:**    **Civil Action No. CV-12-003369**
               **Tzirel Ungar and Sammy Teitelbaum v. Stephen Latzman, Esq.**

Dear Honorable Judge Scanlon:

     I represent the Plaintiff in the above referenced matter.

     Your Honor scheduled an Initial Conference for February 7, 2013 at 3:15 PM.  Due to a family emergency, I am out of the country for several weeks.  There have been no prior adjournment requests and Defendants attorney, Joshua S. Hurwit consents to the adjournment.  I am very apologetic to Your Honor and to this honorable court for not submitting this request within 48 hours of the conference.  I have attempted very diligently to appoint a lead attorney for the conference, however, unfortunately have been unable to do so.  I would greatly appreciate this conference being adjourned.  Once again, I apologize for the last minute notification.

                                     Very truly yours,

                                      /s/

                                     Maxim Maximov, Esq.